favor of plaintiff, entered upon a decision of the court on trial at Special Term, as awarded damages in an action brought to restrain the defendant from interfering with the use and enjoyment by plaintiff of a sewer constructed by him through defendant's land.

*William Klein* for appellant.

*Philip Wolinsky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.

---

THEODORE KRUG, Respondent, *v.* G. ELIAS & BROTHER, INC., Appellant.

*Contract — sale — action to recover for alleged breach of contract to purchase goods.*

*Krug* v. *Elias & Brother, Inc.*, 217 App. Div. 783, affirmed.

(Argued January 24, 1927; decided February 23, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1926, reversing a judgment in favor of plaintiff entered upon a verdict directed, on motion of defendant, for but a small part of plaintiff's claim and granting a new trial. The action was to recover for an alleged breach of a written contract to purchase gun-stocks. The sale was by sample. The defendant subsequent to the making of the contract examined the stock, obtained other samples and took possession of a number. The Appellate Division held that there was evidence from which the jury might have found that there were enough others of the same general shape and quality to enable plaintiff to make complete delivery of the number defendant agreed to purchase, and that as to minor variances there had been waiver of objections.

*James M. H. Wallace, Cleveland Pond* and *Joseph Swart* for appellant.

*W. C. Carroll* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.

---

EMMA FOWLER, as Administratrix of the Estate of LEWIS FOWLER, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Negligence — railroads — motor vehicles — collision between railway car and motor truck stalled on tracks.*

*Fowler v. International Ry. Co.,* 217 App. Div. 537, affirmed.

(Argued January 24, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate was killed as the result of a collision between one of defendant's trolley cars and an automobile which he was driving. Just prior to the accident he was driving westerly on Buffalo avenue in the city of Niagara Falls. When he came to the entrance of Half-way crossing he turned his truck to cross defendant's tracks. A car was approaching 350 to 500 feet distant at from thirty to thirty-five miles an hour. For some unexplained reason the truck came to a stop directly across the tracks upon which the car was approaching. There is testimony by two witnesses that the truck, after coming to a stop, moved forward a foot or two, and then fell back to its original position. There was evidence from which the jury could find that at this moment the approaching car was distant 350 feet or more; that under the conditions then existing, it could have been stopped within 200 feet; that no warning was given of the approach of the car, and that no effort was made to apply the brakes until